UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GIOVANNI PINON,

Plaintiff,

v.

HENLY JOHN, *et al.*,

Defendants.

Case No. 3:25-cv-00167-ART-CLB

**ORDER GRANTING**

**STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Giovanni Pinon (#1047613), that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 23rd day of June, 2026.

Giovanni Pinon #1047613
*Plaintiff*

DATED this 23rd day of June, 2026.

AARON D. FORD
Attorney General

/s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

Dated: July 23, 2026